

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------
Rogulski,
    Plaintiff,

-vs-

Chrostowski,
    Defendants.
------------------------------------------------

**STANDARD REFERRAL ORDER**

Cv-04-3652(FB)(JA)

  This civil case hereinabove set forth is referred to Magistrate Judge __AZRACK__ for the following pre-trial purposes:

_ All of the following;
  or

Those purposes indicated below:
____1. To enter the scheduling order provided for in F.R.Civ.P. 16(b);

____2. To consider holding a discovery conference and entering the related order provided for in F.R.Civ.P. 26(f);

____3. To hear and determine any disputes arising from discovery;

____4. To consider the possibility, if any, of settlement and to assist therewith as may be appropriate;

____5. To prepare a pre-trial order where such order seems indicated;

 6. To schedule an appropriate trial date, in consultation with the chambers of the undersigned;

____7. To file a report with the undersigned within 120 days as to the status of the case, in the event the   tasks set forth above are not then completed.

<u>XX 8. TO DECIDE DEFENDANT'S COUNSELS LETTER APPLICATION DATED 8/5/05 FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEFENDANT.</u>

  SO ORDERED.

            UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
    August 8, 2005